UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 07-23188-CIV-SEITZ/O'SULLIVAN

JANET P. MOREIRA,

    Plaintiff,

vs.

SUMEL INDUSTRIES, INC., et al,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a fairness hearing to be conducted by the undersigned. Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Thursday, April 9, 2009**, at **3:00 p.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

**DONE AND ORDERED** in chambers at Miami, Florida this **27th** day of March, 2009.

                                                              _____
                                                              JOHN J. O'SULLIVAN
                                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record